# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CASE NO. 3:07-00248 |
| ) | JUDGE KEVIN H. SHARP |
| CHRISTOPHER BELL ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue (Docket No. 56) to which the Government does not oppose.

The motion is GRANTED, and the revocation hearing set for June 20, 2014, is hereby rescheduled for Monday, August 25, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE