UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:07-00248 |
| ) | JUDGE KEVIN H. SHARP |
| CHRISTOPHER BELL ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue (Docket No. 60) to which the Government does not oppose.

The motion is GRANTED, and the revocation hearing set for August 25, 2014, is hereby rescheduled for Thursday, October 30, 2014, at 10:30 a.m.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE