# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Christopher Bell</u>          Case Number: <u>3:07-00248</u>

Name of Judicial Officer: <u>The Honorable Kevin H. Sharp, Chief U.S. District Judge</u>

Date of Original Sentence: <u>November 30, 2009</u>

Original Offense: <u>18 U.S.C. § 922(j) Possession of a Stolen Firearm</u>

Original Sentence: <u>60 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>July 15, 2013</u>

Assistant U.S. Attorney: <u>Hal McDonough</u>          Defense Attorney: <u>Sumter Camp</u>

---

**THE COURT ORDERS:**

☑ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ____ day of _____, 2015,
and made a part of the records in the above case.

_____
Kevin H. Sharp
Chief U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Donna Jackson
U.S. Probation Officer

Place          Nashville, Tennessee

Date          May 19, 2015

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.               **The Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

Mr. Bell reported to the probation office on March 3, 2015, for a random drug screen. Prior to submitting a urine sample, he admitted using cocaine approximately one and half weeks prior. The sample was negative for any illegal substances.

On April 29, 2015, Mr. Bell reported to the probation office for another random drug test. The result was positive for Hydrocodone. On that date, Mr. Bell denied using Hydrocodone. On May 15, 2015, Mr. Bell advised the probation officer he took some pills from his cousin that he thought were antibiotics.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Bell is currently employed with Al Merritt Masonry and Footings and lives in Nashville, Tennessee. His term of supervised release is scheduled to terminate on August 31, 2016. Mr. Bell was referred for a substance abuse and mental health intake assessment at Centerstone Mental Health on October 23, 2013. At that time, Centerstone did not recommend treatment, but noted should the offender have a positive drug screen he would be recommended for substance abuse treatment. Mr. Bell participated in the probation office's random drug testing program from July 2013 until August 2014 and had no positive drug screens. Mr. Bell was placed back on the testing program after his positive drug test in January 2015.

Mr. Bell is now attending substance abuse treatment at Centerstone Mental Health. He missed sessions on April 1, 2015, due to illness, and May 6, 2015, due to transportation issues. He is participating in the probation office's random drug testing program. He reported for drug screens on March 23, 2015, April 7, 2015 and May 15, 2015, and all were negative. He missed one drug test on April 3, 2015, because he thought it was a federal holiday.

Had Mr. Bell not willfully admitted his drug use, the probation office would not have discovered his use of cocaine. With regard to his most recent positive drug test, Mr. Bell has been advised by the probation officer that he should never take a prescription medication that is not prescribed to him.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no further action be taken by the Court at this time, to allow Mr. Bell to take advantage of ongoing treatment. However, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

Assistant United States Attorney Hal McDonough has been consulted and concurs with this recommendation.

Approved:_____
                Britton Shelton
                Supervisory U.S. Probation Officer